UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 05-186 |
| STANFORD BARRE | SECTION: J(1) |

### ORDER

Considering the foregoing *Motion to Modify Garnishment Order* **(Rec. Doc. 551),**

**IT IS ORDERED** that the motion is **GRANTED**, and that the terms of the Court's prior order of continuing garnishment (Rec. Doc. 539) and final order of garnishment (Rec. Doc. 420) are hereby **MODIFIED** to require and allow garnishment of no more than 50% of the net monthly distribution otherwise payable to defendant, Stanford Barre, Jr., and this modified term shall continue prospectively until the sooner of Barre's death or March 11, 2021.

**IT IS FURTHER ORDERED** that counsel for the United States of America serve a copy of this order on garnishee, the Louisiana Sheriff's Pension and Relief Fund.

New Orleans, Louisiana, this 15th day of January, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1